Case 4:23-cv-02808 Document 18 Filed on 11/08/23 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 4:23CV2808 |
| v. § | |
| § | |
| CAPITAL ONE AUTO FINANCE, INC. § | |
| § | |
| Defendant. § | |

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

### DEADLINES

1. February 2, 2024    MOTIONS TO AMEND THE PLEADINGS

2. February 2, 2024    MOTIONS TO ADD NEW PARTIES  The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. _____    MOTION TO CERTIFY CLASS  The party seeking certification will file a motion and supporting memorandum by this date.

4. May 10, 2024       Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). Attorney's fee experts and reports may be included in the Joint Pretrial Order.

5. June 7, 2024       Identification of responsive experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). Attorney's fee experts and reports may be included in the Joint Pretrial Order.

| | | |
|---|---|---|
| 6. | August 9, 2024 | **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. |
| 7. | _____ | <u>LIMITS ON DISCOVERY</u> _____ _____ _____. |
| 8. | Required | <u>MEDIATION</u> or <u>SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE</u> Dispositive motions will be due thirty (30) days after the mediator or magistrate judge declares an impasse. |
| 9. | See paragraph 8. | <u>DISPOSITIVE MOTIONS</u> |
| 10. | September 6, 2024 | <u>ALL OTHER PRETRIAL MOTIONS INCLUDING MOTIONS IN LIMINE</u> |
| 11. | October 4, 2024 | <u>JOINT PRETRIAL ORDER</u> Plaintiff is responsible for timely filing the <u>complete</u> <u>joint</u> pretrial order. The court will not accept separate versions of the pretrial order. |
| 12. | October 11, 2024<br>3:00 P.M. | <u>DOCKET CALL</u> No instrument filed within three days of docket call will be considered. All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed. |

<u>November 8, 2023</u>
DATE

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE