

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RADLEY BRADFORD | § § § | |
| V. | § § | 4:23cv2808 |
| CAPITAL ONE AUTO FINANCE, INC. | § § | |

# NOTICE OF CANCELLATION

The following setting is **CANCELLED** before Senior United States District Judge Sim Lake.
*Initial Pretrial and Scheduling Conference*

Date: November 17, 2023

Time: 2:00 p.m.

Place: United States Courthouse,
515 Rusk
Courtroom 9-B, 9th Floor
Houston, Texas

To: All Parties of Record

For inquiries regarding the above setting please contact:

Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake

sheila_r_anderson@txs.uscourts.gov

November 8, 2023